# Court of Appeals
# of the State of Georgia

ATLANTA,  September 21, 2015

*The Court of Appeals hereby passes the following order:*

## A16A0024.  OSCAR WAYNE MILLER, JR. v. DAVID WILBERN.

On March 2, 2015, the trial court entered an order granting the motion to withdraw filed by counsel for defendant Oscar Wayne Miller III in this action to quiet title.  On March 12, 2015, defendant Oscar Miller, Jr. ("Miller Jr."), filed a notice of appeal to this Court.  Although Miller Jr. did not designate the trial court order he sought to appeal, he attached to his notice of appeal the court's March 2 order granting counsel's motion to withdraw.

A notice of appeal must contain "a concise statement of the judgment, ruling, or order entitling the appellant to take an appeal."  OCGA § 5-6-37.  Miller Jr.'s notice of appeal does not meet this requirement.  Nevertheless, given our duty to construe the Appellate Practice Act liberally, see *Mateen v. Dicus*, 281 Ga. 455, 456 (637 SE2d 377) (2006), we presume that Miller Jr. wishes to appeal the March 2 order.  We lack jurisdiction.

Because this case remains pending before the trial court, Miller Jr. was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the order granting counsel's motion to withdraw.  See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989).  His failure to do so deprives us of jurisdiction over this appeal. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*  09/21/2015
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*